PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

CLERKS OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 15 2022
JULIA C. DUDLEY, CLERK
BY: s/ H. MCDONALD
DEPUTY CLERK

DOCKET NUMBER *(Tran. Court)*
4:16CR00006-01

DOCKET NUMBER *(Rec. Court)*
1:22CR208-1

FILED
in the Middle District of
North Carolina
07/15/2022
12:15 p.m.
Clerk, US District Court
By: _____ AT _____

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Edward Jaimaal Price<br>2814 Vanstory Street<br>Apt 1C<br>Greensboro, NC 27407 | Western District of Virginia | Danville |
| | NAME OF SENTENCING JUDGE<br>Honorable Jackson L. Kiser | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>August 27, 2021 — TO August 26, 2025 |

OFFENSE
Possession with intent to distribute 28 grams or more of cocaine base

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF VIRGINIA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Middle District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

July 13, 2022

*Date*                                              *United States District Judge*

Digitally signed by Michael F. Urbanski     Chief U.S. District Judge
Date: 2022.07.13 14:12:38 -04'00'

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>MIDDLE DISTRICT OF NORTH CAROLINA</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 14, 2022

*Effective Date*                                    *United States District Judge*